UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| KREISLER DRUG CO., INC., KREISLER DRUG NO. 3, and KREISLER CLINIC PHARMACY, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MISSOURI CVS PHARMACY, LLC, <br><br> Defendant/Counter-Plaintiff/Third-Party Plaintiff, <br><br> v. <br><br> JAMES J. NABER, SAMUEL KERNOHAN, DAVID HUBBLE, RYAN SUMMERS and SUMMERS PHARMACY, INC., <br><br> Third-Party Defendants. | Case No.: 14-cv-01050-JTM |

### ORDER ON MOTION FOR COURT'S AUTHORIZATION PURSUANT TO 47 U.S.C. § 551(c)(2)(B)

This cause came before the Court pursuant to a motion filed by Defendant, Missouri CVS Pharmacy, LLC ("Missouri CVS"), requesting this Court to authorize Charter Communications, Inc. ("Charter") to produce personally identifiable information pursuant to 47 U.S.C. §551(c)(2)(B) pursuant to a valid subpoena issued by Missouri CVS.

WHEREFORE, the Court finds that good cause exists to allow Missouri CVS to conduct discovery on Charter because Missouri CVS's narrowly tailored subpoena will not prejudice Charter;

WHEREFORE, the Court finds that good cause exists to allow Missouri CVS to conduct discovery on Charter because Missouri CVS has made a good faith showing that the discovery sought is relevant to this action and permitted pursuant to 47 U.S.C. §551(c)(2)(B);

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court authorizes Charter to release personally identifiable information in response to the subpoena Missouri CVS has served on Charter regarding the subscriber(s) associated with the following IP Addresses at the dates and times set forth below:

| IP Address | Date Range | Time |
| --- | --- | --- |
| 75.133.160.153 | 5/24/2013 | 2:59 PM (CDT) |
| | 5/28/2013 | 9:59 PM (CDT) |
| | 6/1/2013 | 1:34 PM (CDT) |
| | 6/9/2013 | 6:09 PM – 6:51 PM (CDT) |
| | 6/12/2013 | 7:40 PM (CDT) |
| | 6/18/2013 | 10:32 PM (CDT) |
| | 6/19/2013 | 7:13 PM (CDT) |
| | 6/20/2013 | 8:50 AM – 2:28 PM (CDT) |
| | 6/21/2013 | 11:21 AM – 11:34 AM (CDT) |
| | 7/26/2013 | 10:57 AM (CDT) |
| 97.87.203.34 | 3/27/2013 | 11:47 AM – 11:55 AM (CDT) |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any subpoena issued pursuant to this Order shall be deemed an appropriate Court Order pursuant to 47 U.S.C. §551;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that good faith attempts by Charter to notify the subscribers associated with the unique IP Addresses identified in the subpoena shall constitute compliance with this Order.

IT IS SO ORDERED.

      */s/ John T. Maughmer*
      **John T. Maughmer**
      **United States Magistrate Judge**