UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

KREISLER DRUG CO., INC., KREISLER
DRUG NO. 3, and KREISLER CLINIC
PHARMACY, INC.,

                Plaintiffs/Counter-Defendants,          Case No. 14-cv-01050-JTM

        v.


MISSOURI CVS PHARMACY, LLC,

                Defendant/Counter-
                Plaintiff/Third-Party Plaintiff,

        v.

JAMES J. NABER, SAMUEL KERNOHAN,
DAVID HUBBLE, RYAN SUMMERS and
SUMMERS PHARMACY, INC.,

                Third-Party Defendants.

## ORDER

        Having come before the Court on stipulation of the relevant parties [Doc. 331] and for the

reasons stated in the foregoing Stipulation,

        It is hereby **ORDERED** that execution of judgment in this matter is stayed until the

issuance of the mandate by the U.S. Court of Appeals for the Eighth Circuit.

        It is further **ORDERED** that, in the event the U.S. Court of Appeals affirms the Court's

Order [Dkt. #321] and Judgment [Dkt. # 322], Plaintiffs shall be entitled to attorney's fees in the

amount of $21,487.50.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**

2